**Mary E. Copper**
Partner
Attorney at Law
mcopper@potteranderson.com
302  984-6020  Direct Phone
302  658-1192  Fax

April 15, 2005

**VIA E-FILING**

Magistrate Judge Mary Pat Thynge
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

      Re:    <u>Skretvedt v. DuPont, C.A. No. 98-CV-61</u>

Dear Judge Thynge:

      Pursuant to the April 4, 2005 teleconference in the above-referenced matter, the parties have conferred and jointly submit the following proposal for how to handle the outstanding issues in this case.

      First, the parties will be permitted to engage in discovery limited to the issues of (a) Plaintiff's entitlement to an award of prejudgment interest, and (b) the appropriate method of calculation of any prejudgment award. This discovery period will close sixty (60) days from April 15, *i.e.*, June 14, 2005.

      Second, the above issues will be submitted for final decision by way of post-remand briefing, to be completed based on the following schedule:

| | |
|---|---|
| Plaintiff's Opening Brief | July 15, 2005 |
| Defendant's Answering Brief | August 15, 2005 |
| Plaintiff's Reply Brief | September 6, 2005 |

      The parties will be limited to thirty (30) pages for the opening and answering briefs, and fifteen (15) pages for the reply.

      Should Your Honor have any questions concerning the above proposal, counsel are available at the Court's convenience.

      Very truly yours,

      **/s/ Mary E. Copper**

      Mary E. Copper
      (D.I. No.: 2397)

cc:    John M. Stull, Esquire
/678246

Magistrate Judge Mary Pat Thynge
April 15, 2005
Page 2


bcc:   Mary Jo Anderson, Esq.      (by electronic mail)
       Evelyn H. Brantley, Esq.    (by electronic mail)
       Kathleen Furey McDonough, Esq.
       Sarah E. DiLuzio, Esq.