IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORRIN T. SKRETVEDT, : <br> : <br>         Plaintiff, : <br> : <br> v. : <br> : <br> E. I. DUPONT DE NEMOURS AND : <br> COMPANY, a Delaware corporation; : <br> E.I. DUPONT DE NEMOURS AND : <br> COMPANY, Plan Administrator; PENSION : <br> AND RETIREMENT PLAN; HOSPITAL : <br> AND MEDICAL-SURGICAL PLAN; : <br> DENTAL ASSISTANCE PLAN; : <br> NON CONTRIBUTORY GROUP LIFE : <br> INSURANCE PLAN; CONTRIBUTORY : <br> GROUP LIFE INSURANCE PLAN; TOTAL : <br> AND PERMANENT DISABILITY INCOME : <br> PLAN; SAVINGS AND INVESTMENT : <br> PLAN; TAX REFORM ACT STOCK : <br> OWNERSHIP PLAN; and SHORT TERM : <br> DISABILITY PLAN : <br> : <br>         Defendants. : | Civil Action No. 98-61-MPT |

## ORDER

At Wilmington this **19th** day of **April, 2005**.

Pursuant to the issues discussed during the April 4, 2005 teleconference with counsel and the Court,

IT IS ORDERED that the following shall be the schedule for the outstanding discovery issues in the above matter:

    1.    The parties shall be permitted to engage in discovery limited to the issues of (a) plaintiff's entitlement to an award of prejudgment interest, and (b) the

appropriate method of calculation of any prejudgment award.  This discovery period shall close **June 14, 2005.**

      2.    The following shall be the briefing schedule on the above issues:

| | |
|---|---|
| Plaintiff's Opening Brief: | **July 15, 2005** |
| Defendant's Answering Brief: | **August 15, 2005** |
| Plaintiff's Reply Brief: | **September 6, 2005** |

The parties shall be limited to **thirty (30) pages** for the opening and answering briefs, and **fifteen (15) pages** for the reply brief.

_____
UNITED STATES MAGISTRATE JUDGE