IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORRIN T. SKRETVEDT, | ) |
| | ) |
|     PLAINTIFF, | ) |
|   v. | ) C.A. No. 98-61(MPT) |
| E. I. DU PONT DE NEMOURS & COMPANY, INC., | ) |
|   a Delaware corporation; | ) |
| E. I. DU PONT DE NEMOURS & COMPANY, INC., | ) |
|   Plan Administrator; | ) |
| PENSION AND RETIREMENT PLAN; | ) |
| HOSPITAL & MEDICAL-SURGICAL PLAN; | ) |
| DENTAL ASSISTANCE PLAN; CONTRIBUTORY | ) |
| GROUP LIFE INSURANCE PLAN; | ) |
| NONCONTRIBUTORY GROUP LIFE INSURANCE | ) |
| PLAN; TOTAL AND PERMANENT DISABILITY | ) |
| INCOME PLAN; SAVINGS AND INVESTMENT | ) |
| PLAN; TAX REFORM ACT STOCK OWNERSHIP | ) |
| PLAN; and SHORT TERM DISABILITY PLAN, | ) |
|     DEFENDANTS. | ) |

## NOTICE OF SERVICE

      NOTICE IS HEREBY GIVEN, that Orrin T. Skretvedt, Plaintiff in the above-captioned matter, by and through undersigned counsel, on May 6, 2005, has served two (2) copies of Plaintiff's First Request for Document Production, by Hand Delivery, on counsel for the Defendants, addressed to the offices below:

Mary E. Copper, Esq.
Potter Anderson & Corroon LLP
1313 North Market street
P. O. Box 951
Wilmington, DE 19899-0951

                                                /s/ JOHN M. STULL

                                                    John M. Stull, Esq. (#568)
                                               1300 N. Market St., #700
                                             P. O. Box 1947
                                             Wilmington, DE 19899
                                             Ph. 302) 654-0399
Dated: May 6, 2005                         Attorney for Plaintiff