## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORRIN T. SKRETVEDT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 98-61 (MPT) |
| | ) |
| E. I. DU PONT DE NEMOURS | ) |
| AND COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND PROPOSED ORDER EXTENDING TIME

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the deadlines for discovery and briefing provided in the April 19, 2005 Order (D.I. 184) in this matter shall be modified as follows:

1. The parties will complete all Discovery no later than **July 15, 2005.**

2. Plaintiff's Opening Brief will be filed no later than **August 15, 2005.**

3. Defendant's Answering Brief will be filed no later than **September 15, 2005.**

4. Plaintiff's Reply Brief will be filed no later than **October 6, 2005.**

**STIPULATED AND AGREED TO BY:**

| JOHN M. STULL, ESQUIRE | POTTER ANDERSON & CORROON LLP |
|---|---|
| By:/s/ John M. Stull | By:/s/ Sarah E. DiLuzio |
|     John M. Stull (#568) |     Mary E. Copper (#2397) |
|     1300 North Market Street |     Sarah E. DiLuzio (#4085) |
|     Suite 700 |     Hercules Plaza – 6th Floor |
|     P.O. Box 1947 |     1313 North Market Street |
|     Wilmington, DE 19899 |     P.O. Box 951 |
|     (302) 654-0399 |     Wilmington, DE  19899 |
|     jstullesq@aol.com |     (302) 984-6000 |
| |     mcopper@potteranderson.com |
| *Attorneys for Plaintiff* |     sdiluzio@potteranderson.com |
| | *Attorneys for Defendant* |

Dated:   June 6, 2005

        IT IS SO ORDERED this _____ day of _____, 2005.

_____
Magistrate Judge Mary Pat Thynge

684980