IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORRIN T. SKRETVEDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 98-61 (MPT) |
| | ) | |
| E. I. DU PONT DE NEMOURS AND COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 18, 2005, true and correct copies of **E. I. DU PONT DE NEMOURS AND COMPANY'S RESPONSES TO PLAINTIFF ORRIN T. SKRETVEDT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** were served on the following attorney in the manner described below:

**VIA BY HAND DELIVERY**

    John M. Stull, Esq.
    1300 North Market Street
    Suite 700
    P.O. Box 1947
    Wilmington, DE 19899

    POTTER ANDERSON & CORROON LLP

    By: /s/ Sarah E. DiLuzio
    Kathleen Furey McDonough (#2395)
    Mary E. Copper (#2397)
    Sarah E. DiLuzio (#4085)
    Hercules Plaza – 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    kmcdonough@potteranderson.com

mcopper@potteranderson.com  
sdiluzio@potteranderson.com

June 21, 2005

687421