IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORRIN T. SKRETVEDT,<br>    Plaintiff,<br><br>v.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY, et.al.<br>    Defendants. | )<br>) C. A. No. 98-61 (MPT)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF SERVICE

I hereby certify that on this 7th day of July, 2005, two copies of the foregoing Plaintiff Orrin T. Skretvedt's Notice of Deposition in the above matter were HAND DELIVERED to Offices of following counsel of record:

Mary Copper, Esq.
Potter, Anderson and Corroon LLP
1313 Market Street
Wilmington, Delaware 19801

        /s/ JOHN M. STULL
        John M. Stull, Esq.
        1300 North Market Street, #700
        P.O. Box 1947
        Wilmington, Delaware, 19899
        Attorney for Plaintiff

Dated: July 7, 2005        Ph. 302) 654-0399