IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Orrin T. Skretvedt, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 98-61(MPT) |
| | ) | |
| E. I. Du Pont de Nemours & Co., Inc., et.al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND PROPOSED ORDER EXTENDING TIME

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the deadlines for discovery and briefing provided in the June 6, 2005 Order per Stipulation (D.I. 186) in this matter shall be modified as follows:

1. The parties will complete all Discovery no later than September 2, 2005.

2. Plaintiff's Opening Brief will be filed no later that October 3, 2005.

3. Defendants' Answering Brief will be filed no later that November 4, 2005.

4. Plaintiff's Reply Brief will be filed no later than November 28, 2005.

**STIPULATED AND AGREED TO BY:**

| JOHN M. STULL, ESQUIRE | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ John M. Stull | By: /s/ Sarah E. DiiLuzio |
| John M. Stull (#568) | Mary E. Copper (#2397) |
| 1300 N. Market Street, Ste 700 | Sarah E. DiLuzio (#4085) |
| P. O. Box 1947 | Hercules Plaza - 6th Flr |
| Wilmington, DE 19899 | P. O. Box 951 |
| (302) 654-0399 | Wilmington, DE 19899 |
| jstullesq@aol.com | (302) 984-6000 |
|  | mcopper@potteranderson.com |
|  | sdiluzio@potteranderson.com |
| Attorney for Plaintiff | Attorneys for Defendants |

Dated:     July 14, 2005

   IT IS SO ORDERED this _____ day of _____, 2005.

   _____
   Magistrate Judge Mary Pat Thynge