IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Orrin T. Skretvedt, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C. A. No. 98-61(MPT) |
| E. I. Du Pont de Nemours & Co., Inc., et.al., | ) ) ) | |
| Defendants. | ) | |

NOTICE OF WITHDRAWAL OF DEPOSITION NOTICE DUCES TECUM
UNDER DATE OF JULY 7, 2005

TO: MARY E. COPPER, ESQ.
     POTTER ANDERSON & CORROON LLP
     1313 MARKET STREET
     WILMINGTON, DE 19801

PLEASE TAKE NOTICE that the Notice of Deposition directed to certain individuals under date of July 7, 2005, has been withdrawn and said Notice has no further effect as to the individuals named therein. Each of the named individuals is hereby released from any obligation to appear as on July 14, 2005 as directed .

Dated: July 14, 2005

/s/ JOHN M. STULL
John M. Stull (#568)
1300 N. Market Street, Ste 700
P. O. Box 1947
Wilmington, DE 19899
Attorney for Plaintiff
(302) 654-0399