## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Orrin T. Skretvedt,

        Plaintiff,

        v.

E. I. Du Pont de Nemours & Co., Inc., et.al.,

        Defendants.

)
)
)
)
)
)
)
)
)

C. A. No. 98-61(MPT)


## STIPULATION AND PROPOSED ORDER EXTENDING TIME


IT IS HEREBY STIPULATED by the parties, subject to approval by the Court , that the deadlines for discovery and briefing provided in the June 6, 2005 Order per Stipulation (D.I. 186) in this matter shall be modified as follows:

1. The parties will complete all Discovery no later than September 2, 2005.

2. Plaintiff's Opening Brief will be filed no later that October 3, 2005.

3. Defendants' Answering Brief will be filed no later that November 4, 2005.

4. Plaintiff's Reply Brief will be filed no later than November 28, 2005.



F I L E D

JUL 2 0 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**STIPULATED AND AGREED TO BY:**

JOHN M. STULL, ESQUIRE                POTTER ANDERSON & CORROON  LLP

By: /s/ John M. Stull                        By: /s/ Sarah E. DiiLuzio
John M. Stull (#568)                         Mary E. Copper (#2397)
1300 N. Market Street, Ste 700        Sarah E. DiLuzio (#4085)
P. O. Box 1947                                 Hercules Plaza - 6th Flr
Wilmington, DE 19899                      P. O. Box 951
(302) 654-0399                                 Wilmington, DE 19899
jstullesq@aol.com                       (302) 984-6000
                                                       mcopper@potteranderson.com
                                                       sdiluzio@potteranderson.com
Attorney for Plaintiff                         Attorneys for Defendants


Dated:        July 14, 2005


IT IS SO ORDERED this _19_ day of _July_____, 2005.



_____
Magistrate Judge Mary Pat Thynge