IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORRIN T. SKRETVEDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 98-61 (MPT) |
| | ) | |
| E. I. DU PONT DE NEMOURS | ) | |
| AND COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants hereby offer to allow judgment to be taken against them in this action in the following manner:

1. The entry of judgment in the amount of Eighty-six Thousand Four Hundred Twelve Dollars and Sixty-three Cents ($86,412.63), representing the following amounts of pre-judgment and post-judgment interest on the delayed payment of benefits, consisting of:

   a. Pre-judgment Interest:
       Incapability Pension Benefits    $42,694.72
       T&P Benefits                     $37,090.85

   b. Post-judgment Interest:          $6,627.06

2. The entry of judgment for reasonable attorneys fees and costs incurred to date, in an amount not to exceed Sixty Thousand Dollars ($60,000).

This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that the defendants are liable in this action, or that the plaintiff has suffered any damage.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Mary E. Copper (#2397)
Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (#4085)
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6000
kmcdonough@potteranderson.com

Evelyn H. Brantley, Esquire (#3380)
E. I. du Pont de Nemours & Co.
DuPont Legal, D7146
1007 Market Street
Wilmington, Delaware 19898

Dated: August 2, 2005
691829

Attorneys for Defendants

2

3

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify this 2nd day of August, 2005, the attached document was served on the following persons in the manner indicated and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

    John M. Stull, Esq.
    1300 North Market Street
    Suite 700
    P.O. Box 1947
    Wilmington, DE 19899

    /s/ Sarah E. DiLuzio
    Sarah E. DiLuzio (#4085)

691829v2