IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Orrin T. Skretvedt, )
      Plaintiff, )
       )
      v. )   C. A. No. 98-61(MPT)
       )
E. I. Du Pont de Nemours & Co., Inc., et.al., )
       )
      Defendants. )

## PLAINTIFF ORRIN SKRETVEDT'S

## OPENING BRIEF

## ON REMAND FROM THE THIRD CIRCUIT

## TO ESTABLISH COMPENSATION FOR

## DELAYED PAYMENT OF EMPLOYEE BENEFITS

## SEALED DOCUMENT

By: /s/ John M. Stull
John M. Stull (#568)
1300 N. Market Street, Ste 700
P. O. Box 1947
Wilmington, DE 19899
(302) 654-0399
jstullesq@aol.com
Attorney for Plaintiff

-1-

# CONFIDENTIAL

## SUBJECT TO PROTECTIVE ORDER. THE CONTENTS OF THIS ENVELOPE MAY ONLY BE VIEWED BY A JUDGE OF THE DISTRICT COURT