IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Orrin T. Skretvedt, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | C. A. No. 98-61(MPT) |
| E. I. Du Pont de Nemours & Co., Inc., et.al., | ) ) ) | |
|     Defendants. | ) | |

**PLAINTIFF ORRIN SKRETVEDT'S**

**APPENDIX IN SUPPORT OF OPENING BRIEF**

**ON REMAND FROM THE THIRD CIRCUIT**

**TO ESTABLISH COMPENSATION FOR**

**DELAYED PAYMENT OF EMPLOYEE BENEFITS**

# SEALED DOCUMENT

By: /s/ John M. Stull
John M. Stull (#568)
1300 N. Market Street, Ste 700
P. O. Box 1947
Wilmington, DE 19899
(302) 654-0399
jstullesq@aol.com
Attorney for Plaintiff

# CONFIDENTIAL

## SUBJECT TO PROTECTIVE ORDER. THE CONTENTS OF THIS ENVELOPE MAY ONLY BE VIEWED BY A JUDGE OF THE DISTRICT COURT