## CERTIFICATE OF SERVICE

I, Elizabeth King, hereby certify this 4th day of November, 2005, that the foregoing **ANSWERING BRIEF OF DEFENDANT E. I. DU PONT DE NEMOURS AND COMPANY IN OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON REMAND FROM THE THIRD CIRCUIT TO ESTABLISH COMPENSATION FOR DELAYED PAYMENT OF EMPLOYEE BENEFITS** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

>John M. Stull, Esquire
>1300 North Market Street, Suite 700
>P.O. Box 1947
>Wilmington, Delaware 19899

*Elizabeth King*
Elizabeth King (No. 4475)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6044 (Telephone)
(302) 658-1192 (Facsimile)
eking@potteranderson.com (Email)