# EXHIBIT 1

# EXHIBIT I

## DU PONT SHORT-TERM BORROWING RATES, 1998 – 2005

| Year | Rate |
|---|---|
| 1998 | 5.40% |
| 1999 | 6.00% |
| 2000 | 6.80% |
| 2001 | 7.60% |
| 2002 | 3.50% |
| 2003 | 1.10% |
| 2004 | 1.40% |
| 2005 | 3.10% (10 months to date annualized) |

Error! Unknown document property name.