## CERTIFICATE OF SERVICE

I, Elizabeth King, hereby certify this 4th day of November, 2005, that the foregoing **AFFIDAVIT OF KENNETH W. PORTER** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

>John M. Stull, Esquire
>1300 North Market Street, Suite 700
>P.O. Box 1947
>Wilmington, Delaware 19899

*Elizabeth King*
Elizabeth King (No. 4475)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6044 (Telephone)
(302) 658-1192 (Facsimile)
eking@potteranderson.com (Email)