## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORRIN T. SKRETVEDT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 98-61-MPT |
| | : |
| E. I. DUPONT DE NEMOURS AND COMPANY, et al., | : |
| | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **22nd** day of **June, 2006**.

IT IS ORDERED that the transcript of the teleconference held on **Thursday, June 22, 2006 at 8:30 a.m.** with Judge Thynge to discuss the outstanding motion shall serve as the Order of this Court.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE