IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORRIN T. SKRETVEDT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 98-61-MPT |
| E. I. DUPONT DE NEMOURS AND COMPANY, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **18th** day of **July, 2006**.

IT IS ORDERED that the Court's Order of June 22, 2006 is modified as follows:

Plaintiff's supplemental brief is due on **Friday, August 18, 2006**;

Defendants' supplemental brief is due on **Friday, September 15, 2006**.

All other terms and conditions of the Court's prior order remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

