# EXHIBIT A

| PREJUDGMENT INTEREST ON INCAPABILITY BENEFITS | | | | | |
|---|---|---|---|---|---|
| $1,775.00 | Monthly Benefit | | | | |
| $21,300.00 | Annual Benefit | | | | |
| | | | | | |
| | | Start Date | 2/4/1998 | | |
| | | Start Amount | $0.00 | | |
| | | | | | |
| Annual Payment | Interest Rate | *Compounded Annual Interest | Annual Pymt. With Interest | Month & Year | No. of Days |
| $19,257.53 | 2.17% | $417.89 | $19,675.42 | 12/31/1998 | 330 |
| $21,300.00 | 2.17% | $889.17 | $41,864.59 | 12/31/1999 | |
| $21,300.00 | 2.17% | $1,370.67 | $64,535.26 | 12/31/2000 | |
| $20,249.59 | 2.17% | $1,839.83 | $86,624.68 | 12/13/2001 | 347 |
| | | | | | |
| $82,107.12 | Totals | $4,517.56 | $212,699.95 | | |
| | | | | | |
| * Compounded Annual Interest is based on prior "Annual Pymt. With Interest" plus current "Annual Payment" times the interest rate given. | | | | | |
| | | | | | |
| | | | | | |
| Notes: | | | | | |
| Annual Payment = Annual Benefit / 365 * No. of Days (if less than 365) | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| EXHIBIT A-1 | | | | | |

| | | PREJUDGMENT INTEREST ON INCAPABILITY BENEFITS | | | |
|---|---|---|---|---|---|
| $1,775.00 | Monthly Benefit | | | | |
| $21,300.00 | Annual Benefit | | | | |
| | | | | | |
| | | Start Date | 10/1/1995 | | |
| | | Start Amount | $0.00 | | |
| | | | | | |
| Annual Payment | Interest Rate | *Compounded Annual Interest | Annual Pymt. With Interest | Month & Year | No. of Days |
| $5,310.41 | 2.17% | $115.24 | $5,425.65 | 12/31/1995 | 91 |
| $21,300.00 | 2.17% | $579.95 | $27,305.59 | 12/31/1996 | |
| $21,300.00 | 2.17% | $1,054.74 | $49,660.33 | 12/31/1997 | |
| $21,300.00 | 2.17% | $1,539.84 | $72,500.17 | 12/31/1998 | |
| $21,300.00 | 2.17% | $2,035.46 | $95,835.64 | 12/31/1999 | |
| $21,300.00 | 2.17% | $2,541.84 | $119,677.48 | 12/31/2000 | |
| $20,249.59 | 2.17% | $3,036.42 | $142,963.49 | 12/13/2001 | 347 |
| | | | | | |
| $132,060.00 | Totals | $10,903.49 | $513,368.36 | | |
| | | | | | |
| * Compounded Annual Interest is based on prior "Annual Pymt. With Interest" plus current "Annual Payment" times the interest rate given. | | | | | |
| | | | | | |
| | | | | | |
| Notes: | | | | | |
| Annual Payment = Annual Benefit / 365 * No. of Days (if less than 365) | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| EXHIBIT A-2 | | | | | |

# EXHIBIT B

REV. RUL. 95-3 TABLE 1

Applicable Federal Rates (AFR) for January 1995
Period for Compounding
Annual Semiannual Quarterly Monthly

Short-Term

|       |     | Annual | Semiannual | Quarterly | Monthly |
|-------|-----|--------|------------|-----------|---------|
|       | AFR | 7.19%  | 7.07%      | 7.01%     | 6.97%   |
| 110%  | AFR | 7.93%  | 7.78%      | 7.71%     | 7.66%   |
| 120%  | AFR | 8.66%  | 8.48%      | 8.39%     | 8.33%   |

Mid-Term

|       |     | Annual | Semiannual | Quarterly | Monthly |
|-------|-----|--------|------------|-----------|---------|
|       | AFR | 7.92%  | 7.77%      | 7.70%     | 7.65%   |
| 110%  | AFR | 8.73%  | 8.55%      | 8.46%     | 8.40%   |
| 120%  | AFR | 9.54%  | 9.32%      | 9.21%     | 9.14%   |
| 150%  | AFR | 12.00% | 11.66%     | 11.49%    | 11.39%  |
| 175%  | AFR | 14.06% | 13.60%     | 13.38%    | 13.23%  |

Long-Term

|       |     | Annual | Semiannual | Quarterly | Monthly |
|-------|-----|--------|------------|-----------|---------|
|       | AFR | 8.17%  | 8.01%      | 7.93%     | 7.88%   |
| 110%  | AFR | 9.00%  | 8.81%      | 8.72%     | 8.65%   |
| 120%  | AFR | 9.84%  | 9.61%      | 9.50%     | 9.42%   |

Source: www.taxlinks.com/rulings/findinglist/revrulmaster.htm

Rev. Rul. 96-6 TABLE 1

Applicable Federal Rates (AFR) for January 1996
Period for Compounding
Annual Semiannual Quarterly Monthly

Short-Term

|  |  | Annual | Semiannual | Quarterly | Monthly |
|---|---|---|---|---|---|
|  | AFR | 5.50% | 5.43% | 5.39% | 5.37% |
| 110% | AFR | 6.06% | 5.97% | 5.93% | 5.90% |
| 120% | AFR | 6.63% | 6.52% | 6.47% | 6.43% |

Mid-Term

|  |  | Annual | Semiannual | Quarterly | Monthly |
|---|---|---|---|---|---|
|  | AFR | 5.73% | 5.65% | 5.61% | 5.58% |
| 110% | AFR | 6.32% | 6.22% | 6.17% | 6.14% |
| 120% | AFR | 6.89% | 6.78% | 6.72% | 6.69% |
| 150% | AFR | 8.66% | 8.48% | 8.39% | 8.33% |
| 175% | AFR | 10.13% | 9.89% | 9.77% | 9.69% |

Long-Term

|  |  | Annual | Semiannual | Quarterly | Monthly |
|---|---|---|---|---|---|
|  | AFR | 6.19% | 6.10% | 6.05% | 6.02% |
| 110% | AFR | 6.82% | 6.71% | 6.65% | 6.62% |
| 120% | AFR | 7.45% | 7.32% | 7.25% | 7.21% |

Source: www.taxlinks.com/rulings/findinglist/revrulmaster.htm

REV. RUL. 97-1 TABLE 1

Applicable Federal Rates (AFR) for January 1997
Period for Compounding
Annual Semiannual Quarterly Monthly

Short-Term

|      |     | Period for Compounding | | | |
|------|-----|--------|------------|-----------|---------|
|      |     | Annual | Semiannual | Quarterly | Monthly |
|      | AFR | 5.63%  | 5.55%      | 5.51%     | 5.49%   |
| 110% | AFR | 6.20   | 6.11       | 6.06      | 6.03    |
| 120% | AFR | 6.77   | 6.66       | 6.61      | 6.57    |
| 130% | AFR | 7.35   | 7.22       | 7.16      | 7.11    |

Mid-Term

|      |     | Period for Compounding | | | |
|------|-----|--------|------------|-----------|---------|
|      |     | Annual | Semiannual | Quarterly | Monthly |
|      | AFR | 6.10%  | 6.01%      | 5.97%     | 5.94%   |
| 110% | AFR | 6.72   | 6.61       | 6.56      | 6.52    |
| 120% | AFR | 7.34   | 7.21       | 7.15      | 7.10    |
| 130% | AFR | 7.96   | 7.81       | 7.74      | 7.69    |
| 150% | AFR | 9.22   | 9.02       | 8.92      | 8.86    |
| 175% | AFR | 10.80  | 10.52      | 10.39     | 10.30   |

Long-Term

|      |     | Period for Compounding | | | |
|------|-----|--------|------------|-----------|---------|
|      |     | Annual | Semiannual | Quarterly | Monthly |
|      | AFR | 6.54%  | 6.44%      | 6.39%     | 6.36%   |
| 110% | AFR | 7.21   | 7.08       | 7.02      | 6.98    |
| 120% | AFR | 7.88   | 7.73       | 7.66      | 7.61    |
| 130% | AFR | 8.55   | 8.37       | 8.28      | 8.23    |

Source: www.taxlinks.com/rulings/findinglist/revrulmaster.htm

# EXHIBIT C

| | | PREJUDGMENT INTEREST ON INCAPABILITY BENEFITS | | | | |
|---|---|---|---|---|---|---|
| $1,775.00 | Monthly Benefit | | | | | |
| $21,300.00 | Annual Benefit | | | | | |
| | | | | | | |
| | | Start Date | 2/4/1998 | | | |
| | | Start Amount | $0.00 | | | |
| | | | | | | |
| Annual | Interest | *Simple | Annual Pymt. | | | |
| Payment | Rate | Annual Interest | With Interest | Month & Year | No. of Days | |
| $19,257.53 | 7.13% | $1,373.06 | $20,630.60 | 12/31/1998 | 330 | |
| $21,300.00 | 5.59% | $1,190.67 | $43,121.27 | 12/31/1999 | | |
| $21,300.00 | 7.47% | $1,591.11 | $66,012.38 | 12/31/2000 | | |
| $20,249.59 | 6.75% | $1,366.85 | $87,628.81 | 12/13/2001 | 347 | |
| | | | | | | |
| $82,107.12 | Totals | $5,521.69 | $217,393.05 | | | |
| | | | | | | |
| * Simple Annual Interest is based on current "Annual Payment" times the interest rate given. | | | | | | |
| | | | | | | |
| | | | | | | |
| Notes: | | | | | | |
| Annual Payment = Annual Benefit / 365 * No. of Days (if less than 365) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| EXHIBIT C-1 | | | | | | |

| | PREJUDGMENT INTEREST ON INCAPABILITY BENEFITS | | | | |
|---|---|---|---|---|---|
| $1,775.00 | Monthly Benefit | | | | |
| $21,300.00 | Annual Benefit | | | | |
| | | | | | |
| | | Start Date | 10/1/1995 | | |
| | | Start Amount | $0.00 | | |
| | | | | | |
| Annual | Interest | *Simple | Annual Pymt. | | |
| Payment | Rate | Annual Interest | With Interest | Month & Year | No. of Days |
| $5,310.41 | 9.84% | $522.54 | $5,832.96 | 12/31/1995 | 91 |
| $21,300.00 | 6.89% | $1,467.57 | $28,600.53 | 12/31/1996 | |
| $21,300.00 | 7.34% | $1,563.42 | $51,463.95 | 12/31/1997 | |
| $21,300.00 | 7.13% | $1,518.69 | $74,282.64 | 12/31/1998 | |
| $21,300.00 | 5.59% | $1,190.67 | $96,773.31 | 12/31/1999 | |
| $21,300.00 | 7.47% | $1,591.11 | $119,664.42 | 12/31/2000 | |
| $20,249.59 | 6.75% | $1,366.85 | $141,280.85 | 12/13/2001 | 347 |
| | | | | | |
| $132,060.00 | Totals | $9,220.85 | $517,898.63 | | |
| | | | | | |
| * Simple Annual Interest is based on current "Annual Payment" times the interest rate given. | | | | | |
| | | | | | |
| | | | | | |
| Notes: | | | | | |
| Annual Payment = Annual Benefit / 365 * No. of Days (if less than 365) | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| EXHIBIT C-2 | | | | | |

# EXHIBIT D

| | INTERST ON T&P BENEFITS | | | | |
|---|---|---|---|---|---|
| $1,624.00 | Monthly Benefit | | | | |
| $19,488.00 | Annual Benefit | | | | |
| | | | | | |
| | | Start Date | 2/4/1998 | | |
| | | Start Amount | $0.00 | | |
| | | | | | |
| Annual Payment | Interest Rate | *Compounded Annual Interest | Annual Pymt. With Interest | Month & Year | No. of Days |
| $17,619.29 | 5.40% | $951.44 | $18,570.72 | 12/31/1998 | 330 |
| $19,488.00 | 6.00% | $2,283.52 | $40,342.25 | 12/31/1999 | |
| $19,488.00 | 6.80% | $4,068.46 | $63,898.71 | 12/31/2000 | |
| $19,488.00 | 7.60% | $6,337.39 | $89,724.10 | 12/312001 | |
| $3,470.47 | 3.50% | $3,261.81 | $96,456.37 | 3/6/2002 | 65 |
| | | | | | |
| $79,553.75 | Totals | $16,902.62 | $212,535.78 | | |
| | | | | | |
| * Compounded Annual Interest is based on prior "Annual Pymt. With Interest" plus current "Annual Payment" times the interest rate given. | | | | | |
| | | | | | |
| | | | | | |
| Notes: | | | | | |
| Annual Payment = Annual Benefit / 365 * No. of Days (if less than 365) | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| EXHIBIT D-1 | | | | | |

| | INTEREST ON T&P BENEFITS | | | | |
|---|---|---|---|---|---|
| $1,624.00 | Monthly Benefit | | | | |
| $19,488.00 | Annual Benefit | | | | |
| | | | | | |
| | | Start Date | 10/1/1995 | | |
| | | Start Amount | $0.00 | | |
| | | | | | |
| Annual Payment | Interest Rate | *Compounded Annual Interest | Annual Pymt. With Interest | Month & Year | No. of Days |
| $4,858.65 | 6.10% | $296.38 | $5,155.03 | 12/31/1995 | 91 |
| $19,488.00 | 6.00% | $1,478.58 | $26,121.61 | 12/31/1996 | |
| $19,488.00 | 5.90% | $2,690.97 | $48,300.58 | 12/31/1997 | |
| $19,488.00 | 5.40% | $3,660.58 | $71,449.16 | 12/31/1998 | |
| $19,488.00 | 6.00% | $5,456.23 | $96,393.39 | 12/31/1999 | |
| $19,488.00 | 6.80% | $7,879.93 | $123,761.33 | 12/31/2000 | |
| $19,488.00 | 7.60% | $10,886.95 | $154,136.28 | 12/31/2001 | |
| $3,470.47 | 3.50% | $5,516.24 | $163,122.98 | 3/6/2002 | 65 |
| | | | | | |
| $125,257.12 | Totals | $37,865.86 | $688,440.35 | | |
| | | | | | |
| * Compounded Annual Interest is based on prior "Annual Pymt. With Interest" plus current "Annual Payment" times the interest rate given. | | | | | |
| | | | | | |
| | | | | | |
| Notes: | | | | | |
| Annual Payment = Annual Benefit / 365 * No. of Days (if less than 365) | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| EXHIBIT D-2 | | | | | |

# EXHIBIT E

# BENEFIT PLAN STATEMENTS
## FILED WITH PWBA

In 2002, the Company submitted reports on Benefit Plans to the Pension and Welfare Benefits Administration, an agency of the Department of Labor. These 2001 Summary Annual Reports provide you with an outline of the financial status of the Pension & Retirement Plan, Group Life Insurance Plans, Medical Care Plan, Dental Assistance Plan, and Vision Care Plan.

## SUMMARY ANNUAL REPORT FOR THE DUPONT PENSION AND RETIREMENT PLAN

This is a summary of the annual report for DuPont Pension and Retirement Plan, EIN 51-0014090, plan #001, for the plan year ending December 31, 2001. The annual report was filed by October 15, 2002 with the Pension and Welfare Benefits Administration, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

### Basic Financial Statement

Benefits under the plan are provided by a trust. Plan expenses were $1,266,540,114. These expenses included $39,727,721 in administrative expenses and $1,226,812,393 in benefits paid to participants. A total of 154,379 persons were participants in or beneficiaries of the plan at the end of the plan year, although not all of these persons had yet earned the right to receive benefits.

The value of plan assets, after subtracting liabilities of the plan, was $15,254,904,592 as of December 31, 2001, compared to $16,959,542,736 as of January 1st, 2001. During the plan year the plan experienced a decrease in its net assets of $1,704,638,144. This decrease includes plan transfers as well as unrealized appreciation or depreciation in the value of plan assets; that is, the difference between the value of the plan's assets at the end of the year and the value of the assets at the beginning of the year or the cost of assets acquired during the year.

The plan had transfers out of $65,018,811. The plan had total income loss of $373,079,219, all of which was a loss from investments.

### Minimum Funding Standards

An actuary's statement shows that the plan's assets exceed the minimum funding standards of ERISA, and therefore no company contributions were made in 2001.

## SUMMARY ANNUAL REPORT FOR THE DUPONT GROUP LIFE INSURANCE PLANS

This is a summary of the annual report for the DuPont Contributory and Noncontributory Group Life Insurance plans EIN 51-0014090, plan #501 for plan year ending December 31, 2001. The annual report was filed by October 15, 2002 with the Pension and Welfare Benefits Administration, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

### Insurance Information

The plan has contracts with the Prudential Financial to pay all death and disability claims under the terms of the plan in effect at the time the claim was incurred. The total premiums paid for the plan year ending December 31, 2001 were $99,051,446.

Because one of these contracts is a so-called experience-rated contract, the premium costs are affected by, among other things, the number and size of claims. Of the total insurance premiums paid for the plan year ending December 31, 2001, the premiums paid under such "experience- rated" contracts were $86,978,301 and the total of all benefit claims paid under these experience-rated contracts during the plan year was $69,146,135.

## SUMMARY ANNUAL REPORT FOR THE DUPONT MEDICAL CARE PLAN

This is a summary of the annual report for the DuPont Medical Care Coverage Policy, EIN 51-0014090, plan #502 for plan year ending December 31, 2001. The annual report was filed by October 15, 2002 with the Pension and Welfare Benefits Administration, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

DuPont has committed itself to pay certain medical claims under the terms of the plan in effect at the time the claim was incurred.

### Insurance Information

The plan has contracts with insurance carriers and health maintenance organizations to pay certain medical claims under the terms of the plan in effect at the time the claim was incurred. The total premiums paid for the plan year ending December 31, 2001 were $2,254,086.

### Additional Information

The company also reimburses several other carriers for health claims and related expenses paid under the terms of the plan in effect at the time the claim was incurred. This information is not required to be included in the annual report filed with the IRS. For the plan year ending December 31, 2001, the amount paid under these contracts was $546,804,569.

# EXHIBIT F

1995

- --------------------------------------------------------------------------------
- --------------------------------------------------------------------------------

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

FORM 10-K

ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

FOR THE YEAR ENDED DECEMBER 31, 1995          COMMISSION FILE NUMBER 1-815

E. I. DU PONT DE NEMOURS AND COMPANY
(EXACT NAME OF REGISTRANT AS SPECIFIED IN ITS CHARTER)

DELAWARE                              51-0014090
(STATE OR OTHER JURISDICTION OF       (I.R.S. EMPLOYER
INCORPORATION OR ORGANIZATION)        IDENTIFICATION NO.)


1007 MARKET STREET
WILMINGTON, DELAWARE 19898
(ADDRESS OF PRINCIPAL EXECUTIVE OFFICES)

REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE: 302-774-1000

SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT
(EACH CLASS IS REGISTERED ON THE NEW YORK STOCK EXCHANGE, INC.):

TITLE OF EACH CLASS
COMMON STOCK ($.60 PAR VALUE)
PREFERRED STOCK
(WITHOUT PAR VALUE-CUMULATIVE)
$4.50 SERIES
$3.50 SERIES
6% DEBENTURES DUE 2001

NO SECURITIES ARE REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT.

Indicate by check mark if disclosure of delinquent filers pursuant to Item
405 of Regulation S-K is not contained herein, and will not be contained, to
the best of registrant's knowledge, in definitive proxy or information
statements incorporated by reference in Part III of this Form 10-K or any
amendment to this Form 10-K. [X]

Indicate by check mark whether the registrant (1) has filed all reports
required to be filed by Section 13 or 15(d) of the Securities Exchange Act of
1934 during the preceding 12 months (or for such shorter period that the
registrant was required to file such reports), and (2) has been subject to
such filing requirements for the past 90 days. Yes  X . No    .
                                                    ---    ---

Aggregate market value of voting stock held by nonaffiliates of the
registrant (excludes outstanding shares beneficially owned by directors and
officers; and shares held by DuPont's Flexitrust) as of March 5, 1996, was
approximately $44.6 billion. As of such date, 559,010,099 shares (excludes
20,032,625 shares held by DuPont's Flexitrust) of the company's common stock,
$.60 par value, were outstanding.

Documents Incorporated by Reference
(Specific pages incorporated are indicated under the applicable Item herein):

|  | INCORPORATED BY REFERENCE IN PART NO. |
| --- | --- |
| The company's 1995 Annual Report to Stockholders........ | I, II, and IV |
| The company's Proxy Statement, dated March 18, 1996, in connection with the Annual Meeting of Stockholders to be held on April 24, 1996............................... | III |

- --------------------------------------------------------------------------------
- --------------------------------------------------------------------------------

Notes to Financial Statements

(Dollars in millions, except per share)

Payables to banks represents checks issued on certain disbursement accounts but not presented to the banks for payment. The reported amounts approximate fair value because of the short maturity of these obligations.

16. Short-Term Borrowings and Capital Lease Obligations

| December 31 | 1995 | 1994 |
| --- | --- | --- |
| Commercial paper/1/ | 1,247 | $ 450 |
| Private placement commercial paper | 3,686 | - |
| Bank borrowings: | | |
|   U.S. dollars | 9 | - |
|   Other currencies/2/ | 290 | 264 |
| Medium-term notes payable within one year | 316 | 519 |
| Long-term borrowings payable within one year | 551 | - |
| Industrial development bonds payable on demand | 51 | 51 |
| Capital lease obligations | 7 | 8 |
| | $6,157 | $1,292 |

1 An interest rate swap effectively converted $50 of these floating rate borrowings to a fixed rate obligation at December 31, 1995 and 1994, as part of the program to manage the fixed and floating interest rate mix of total borrowings. The interest rate was 8.3 percent and the remaining maturity was 0.2 years at December 31, 1995.

2 1995 includes notes denominated as 160 million Australian dollars with a 16.5 percent Australian dollar fixed interest rate issued by the company's majority-owned Canadian subsidiary, which were effectively converted to a Canadian dollar borrowing with an implicit 12.43 percent Canadian dollar fixed interest rate.

The estimated fair value of the company's short-term borrowings, including interest rate financial instruments, based on quoted market prices for the same or similar issues or on current rates offered to the company for debt of the same remaining maturities, was $6,200 and $1,300 at December 31, 1995 and 1994, respectively. The increase in estimated fair value in 1995 was primarily due to higher short-term borrowing levels associated with the redemption of DuPont stock from Seagram.

Unused short-term bank credit lines were approximately $5,400 and $1,360 at December 31, 1995 and 1994, respectively. These lines support short-term industrial development bonds, a portion of the company's commercial paper program and other borrowings.

The weighted average interest rate on short-term borrowings outstanding at December 31, 1995 and 1994 was 6.1 percent and 5.9 percent, respectively.

17. Other Accrued Liabilities

| December 31 | 1995 | 1994 |
| --- | --- | --- |
| Payroll and other employee benefits | $ 687 | $ 725 |
| Taxes other than on income | 399 | 422 |
| Postretirement benefits other than pensions | | |
|   (see Note 23) | 345 | 333 |
| Restructuring charges | 45 | 219 |
| Miscellaneous | 1,992 | 1,431 |
| | $3,468 | $3,130 |

18. Long-Term Borrowings and Capital Lease Obligations

| December 31 | 1995 | 1994 |
| --- | --- | --- |
| U.S. dollar: | | |
|   Industrial development bonds due 2001-2024 | $ 294 | $ 295 |
|   Medium-term notes due 1996-2005/1/ | 838 | 592 |
|   8.50% notes due 1996 | - | 251 |
|   8.45% notes due 1996 | - | 300 |
|   8.65% notes due 1997 | 300 | 300 |
|   8.50% notes due 1998 | 301 | 302 |
|   7.50% notes due 1999 | 303 | 303 |

                                      1996
- --------------------------------------------------------------------------------
- --------------------------------------------------------------------------------

                               UNITED STATES
                      SECURITIES AND EXCHANGE COMMISSION
                           WASHINGTON, D.C. 20549

                              ----------------

                                 FORM 10-K
                   ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(D) OF
                        THE SECURITIES EXCHANGE ACT OF 1934
FOR THE YEAR ENDED DECEMBER 31, 1996            COMMISSION FILE NUMBER 1-815

                              ----------------

                      E. I. DU PONT DE NEMOURS AND COMPANY
                  (EXACT NAME OF REGISTRANT AS SPECIFIED IN ITS CHARTER)

            DELAWARE                            51-0014090
    (STATE OR OTHER JURISDICTION OF    (I.R.S. EMPLOYER IDENTIFICATION NO.)
     INCORPORATION OR ORGANIZATION)
                           1007 MARKET STREET
                       WILMINGTON, DELAWARE 19898
                    (ADDRESS OF PRINCIPAL EXECUTIVE OFFICES)

        REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE: 302-774-1000
           SECURITIES REGISTERED PURSUANT TO SECTION 12(B) OF THE ACT
        (EACH CLASS IS REGISTERED ON THE NEW YORK STOCK EXCHANGE, INC.):

                             TITLE OF EACH CLASS
                       COMMON STOCK ($.60 PAR VALUE)
                             PREFERRED STOCK
                      (WITHOUT PAR VALUE-CUMULATIVE)
                             $4.50 SERIES
                             $3.50 SERIES

                       6% DEBENTURES DUE 2001

        NO SECURITIES ARE REGISTERED PURSUANT TO SECTION 12(G) OF THE ACT.

                              ----------------

   Indicate by check mark if disclosure of delinquent filers pursuant to Item
405 of Regulation S-K is not contained herein, and will not be contained, to
the best of registrant's knowledge, in definitive proxy or information
statements incorporated by reference in Part III of this Form 10-K or any
amendment to this Form 10-K. [_]

   Indicate by check mark whether the registrant (1) has filed all reports
required to be filed by Section 13 or 15(d) of the Securities Exchange Act of
1934 during the preceding 12 months (or for such shorter period that the
registrant was required to file such reports), and (2) has been subject to
such filing requirements for the past 90 days. Yes [X]. No [_].

   Aggregate market value of voting stock held by nonaffiliates of the
registrant (excludes outstanding shares beneficially owned by directors and
officers; and shares held by DuPont's Flexitrust) as of March 7, 1997, was
approximately $63.2 billion. As of such date, 565,696,946 shares (excludes
13,345,779 shares held by DuPont's Flexitrust) of the company's common stock,
$.60 par value, were outstanding.

                    DOCUMENTS INCORPORATED BY REFERENCE

   (SPECIFIC PAGES INCORPORATED ARE INDICATED UNDER THE APPLICABLE ITEM HEREIN):

                                                       INCORPORATED BY
                                                    REFERENCE IN PART NO.
                                                    ---------------------

The company's 1996 Annual Report to Stockholders........    I, II, and IV
The company's Proxy Statement, dated March 21, 1997, in
  connection with the Annual Meeting of Stockholders to
  be held on April 30, 1997...............................        III

- --------------------------------------------------------------------------------

Notes to Financial Statements

(Dollars in millions, except per share)

| Financial position at December 31 | 1996 | 1995 |
|---|---|---|
| Current assets | $ 4,715 | $ 3,744 |
| Noncurrent assets | 10,936 | 8,852 |
| Total assets | $15,651 | $12,596 |
| Short-term borrowings* | $ 830 | $ 935 |
| Other current liabilities | 2,630 | 2,434 |
| Long-term borrowings* | 3,802 | 2,652 |
| Other long-term liabilities | 3,250 | 2,847 |
| Total liabilities | $10,512 | $ 8,868 |
| DuPont's investment in affiliates (includes advances) | $ 2,278 | $ 1,846 |

\* DuPont's pro rata interest in total borrowings was $1,565 in 1996 and $1,401
  in 1995, of which $789 in 1996 and $700 in 1995 was guaranteed by the company.
  These amounts are included in the guarantees disclosed in Note 25.

12   Other Assets

| December 31 | 1996 | 1995 |
|---|---|---|
| Prepaid pension cost (see Note 23) | $1,760 | $1,724 |
| Intangible assets | 221 | 200 |
| Other securities and investments | 586 | 554 |
| Deferred income taxes (see Note 5) | 123 | 75 |
| Miscellaneous | 703 | 617 |
| | $3,393 | $3,170 |

Other securities and investments includes $478 and $435 at December 31, 1996 and
1995, respectively, representing marketable securities classified as available
for sale and reported at fair value. The remainder represents numerous small
investments in securities for which there are no quoted market prices and for
which it is not practicable to determine fair value. Such securities are
reported at cost.

13   Accounts Payable

| December 31 | 1996 | 1995 |
|---|---|---|
| Trade | $1,926 | $1,761 |
| Payables to banks | 264 | 281 |
| Compensation awards | 231 | 242 |
| Miscellaneous | 336 | 352 |
| | $2,757 | $2,636 |

Payables to banks represents checks issued on certain disbursement accounts but
not presented to the banks for payment. The reported amounts approximate fair
value because of the short maturity of these obligations.

14.   Short-Term Borrowings and Capital Lease Obligations

| December 31 | 1996 | 1995 |
|---|---|---|

```
- ----------------------------------------------------------------
Commercial paper/1/                           $1,663      $1,247
Private placement
  commercial paper                             1,318       3,686
Bank borrowings:
  U.S. dollars                                    61           9
  Other currencies/2/                            136         290
Medium-term notes payable
  within one year                               372         316
Long-term borrowings
  payable within one year                       300         551
Industrial development
  bonds payable on demand                        51          51
Capital lease obligations                         9           7
                                              --------------------
                                              $3,910      $6,157
- ----------------------------------------------------------------
```

/1/  1995 includes an interest rate swap that converted $50 of floating rate
     borrowings to a fixed rate obligation of 8.3 percent, as part of the
     program to manage the fixed and floating rate mix of total borrowings.

/2/  1995 includes notes denominated as 160 million Australian dollars with a
     16.5 percent Australian dollar fixed interest rate issued by the company's
     majority-owned Canadian subsidiary, which were effectively converted to a
     Canadian dollar borrowing with an implicit 12.43 percent Canadian dollar
     fixed interest rate.

The estimated fair value of the company's short-term borrowings, including
interest rate financial instruments, based on quoted market prices for the same
or similar issues or on current rates offered to the company for debt of the
same remaining maturities, was $3,900 and $6,200 at December 31, 1996 and 1995,
respectively. The decrease in estimated fair value in 1996 was primarily due to
lower short-term borrowing levels.

Unused short-term bank credit lines were approximately $4,500 and $5,400 at
December 31, 1996 and 1995, respectively. These lines support short-term
industrial development bonds, a portion of the company's commercial paper
program and other borrowings.

The weighted average interest rate on short-term borrowings outstanding at
December 31, 1996 and 1995 was 6.0 percent and 6.1 percent, respectively.

                              DuPont

38

                             1997
- --------------------------------------------------------------------------------
- --------------------------------------------------------------------------------

                         UNITED STATES
               SECURITIES AND EXCHANGE COMMISSION
                     WASHINGTON, D.C. 20549

                         FORM 10-K
            ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(D)
               OF THE SECURITIES EXCHANGE ACT OF 1934

FOR THE YEAR ENDED DECEMBER 31, 1997          COMMISSION FILE NUMBER 1-815

              E. I. DU PONT DE NEMOURS AND COMPANY
          (EXACT NAME OF REGISTRANT AS SPECIFIED IN ITS CHARTER)

         DELAWARE                          51-0014090

   (STATE OR OTHER JURISDICTION OF     (I.R.S. EMPLOYER IDENTIFICATION NO.)
   INCORPORATION OR ORGANIZATION)

                    1007 MARKET STREET
                 WILMINGTON, DELAWARE  19898
              (ADDRESS OF PRINCIPAL EXECUTIVE OFFICES)

     REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE: 302-774-1000

        SECURITIES REGISTERED PURSUANT TO SECTION 12(B) OF THE ACT
     (EACH CLASS IS REGISTERED ON THE NEW YORK STOCK EXCHANGE, INC.):

                    TITLE OF EACH CLASS
                    -------------------
                 Common Stock ($.30 par value)
                        Preferred Stock
                 (without par value-cumulative)
                        $4.50 Series
                        $3.50 Series

                    6% Debentures Due 2001

     NO SECURITIES ARE REGISTERED PURSUANT TO SECTION 12(G) OF THE ACT:


   INDICATE BY CHECK MARK IF DISCLOSURE OF DELINQUENT FILERS PURSUANT TO ITEM
405 OF REGULATION S-K IS NOT CONTAINED HEREIN, AND WILL NOT BE CONTAINED, TO
THE BEST OF REGISTRANT'S KNOWLEDGE, IN DEFINITIVE PROXY OR INFORMATION
STATEMENTS INCORPORATED BY REFERENCE IN PART III OF THIS FORM 10-K OR ANY
AMENDMENT TO THIS FORM 10-K. [X]

   INDICATE BY CHECK MARK WHETHER THE REGISTRANT (1) HAS FILED ALL REPORTS
REQUIRED TO BE FILED BY SECTION 13 OR 15(D) OF THE SECURITIES EXCHANGE ACT OF
1934 DURING THE PRECEDING 12 MONTHS (OR FOR SUCH SHORTER PERIOD THAT THE
REGISTRANT WAS REQUIRED TO FILE SUCH REPORTS), AND (2) HAS BEEN SUBJECT TO
SUCH FILING REQUIREMENTS FOR THE PAST 90 DAYS. YES  X  NO
                                                    ---    ---
   AGGREGATE MARKET VALUE OF VOTING STOCK HELD BY NONAFFILIATES OF THE
REGISTRANT (EXCLUDES OUTSTANDING SHARES BENEFICIALLY OWNED BY DIRECTORS AND
OFFICERS; AND SHARES HELD BY DUPONT'S FLEXITRUST) AS OF MARCH 6, 1998, WAS
APPROXIMATELY $70.0 BILLION. AS OF SUCH DATE, 1,125,643,356 SHARES (EXCLUDES
21,118,772 SHARES HELD BY DUPONT'S FLEXITRUST) OF THE COMPANY'S COMMON STOCK,
$.30 PAR VALUE, WERE OUTSTANDING.

                    DOCUMENTS INCORPORATED BY REFERENCE
   (Specific pages incorporated are indicated under the applicable Item herein):

                                                   INCORPORATED BY
                                                   REFERENCE IN PART NO.
                                                   ---------------------
   The company's 1997 Annual Report to Stockholders .....    I, II, and IV
   The company's Proxy Statement, dated March 20, 1998,
   in connection with the Annual Meeting of Stockholders
   to be held on April 29, 1998 .......................         III

- --------------------------------------------------------------------------------
- --------------------------------------------------------------------------------

Notes to Financial Statements

(Dollars in millions, except per share)


14. Other Assets

| December 31 | 1997 | 1996 |
| --- | --- | --- |
| Prepaid pension cost (see Note 25) | $1,673 | $1,760 |
| Intangible assets | 1,285* | 221 |
| Other securities and investments | 185 | 586 |
| Deferred income taxes (see Note 7) | 227 | 196 |
| Miscellaneous | 638 | 513 |
| | $4,008 | $3,276 |

* Includes $1,025 based on preliminary allocations of purchase price for
  businesses purchased from Ralston Purina and ICI. See Note 23.

Other securities and investments includes $97 and $478 at December 31, 1997 and
1996, respectively, representing marketable securities classified as available
for sale and reported at fair value. The remainder represents numerous small
investments in securities for which there are no quoted market prices and for
which it is not practicable to determine fair value. Such securities are
reported at cost.


15. Accounts Payable

| December 31 | 1997 | 1996 |
| --- | --- | --- |
| Trade | $2,043 | $1,926 |
| Payables to banks | 273 | 264 |
| Compensation awards | 267 | 231 |
| Miscellaneous | 424 | 336 |
| | $3,007 | $2,757 |

Payables to banks represents checks issued on certain disbursement accounts but
not presented to the banks for payment. The reported amounts approximate fair
value because of the short maturity of these obligations.


16. Short-Term Borrowings and Capital Lease Obligations

| December 31 | 1997 | 1996 |
| --- | --- | --- |
| Commercial paper | $2,576 | $1,663 |
| Private placement commercial paper | 2,896 | 1,318 |
| Bank borrowings: | | |
|   U.S. dollars | -- | 61 |
|   Other currencies | 197 | 136 |
| Medium-term notes payable within one year | 128 | 372 |
| Long-term borrowings payable within one year | 300 | 300 |
| Industrial development bonds payable on demand | 51 | 51 |
| Capital lease obligations | 6 | 9 |
| | $6,154 | $3,910 |

The estimated fair value of the company's short-term borrowings, including
interest rate financial instruments, based on quoted market prices for the same
or similar issues or on current rates offered to the company for debt of the
same remaining maturities, was $6,200 and $3,900 at December 31, 1997 and 1996,
respectively. The increase in estimated fair value in 1997 was primarily due to
higher short-term borrowing levels.

Unused short-term bank credit lines were approximately $6,200 and $4,500 at
December 31, 1997 and 1996, respectively. These lines support short-term
industrial development bonds, a portion of the company's commercial paper
program and other borrowings.

The weighted-average interest rate on short-term borrowings outstanding at
December 31, 1997 and 1996, was 5.9 percent and 6.0 percent, respectively.