

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

June 29, 2006

The Honorable Mary Pat Thynge
United States District Court
844 King Street
Lock Box 8
Wilmington, DE 19801

Re: Skretvedt v. DuPont, C.A. No. 98-CV-61

Dear Judge Thynge:

Enclosed please find a courtesy copy of E. I. du Pont de Nemours and Company's Supplemental Answering Brief in connection with the above-captioned action.

Respectfully submitted,

Sarah E. DiLuzio
(Del. Bar I.D. #4085)

SED/mho
Enclosure

cc: John Stull, Esquire (w/o enclosure; via US Mail)

7/20120-178



FILED
SEP 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE