IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ORRIN T. SKRETVEDT,

      Plaintiff,

v.                                                                                  C.A. No. 98-61(MPT)

E.I. Du PONT de NEMOURS
AND COMPANY, et al.,

      Defendants.

FILED

DEC 11 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## JUDGMENT ORDER

The court, having entered a Memorandum Opinion dated December 11, 2006 on Plaintiff's motion for prejudgment and postjudgment interest (D.I. 196), it is ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff is entitled to prejudgment interest on INCAP benefits from February 8, 1995 until December 13, 2001 in the amount of $10,570.22. To the extent that plaintiff moved for application of a constructive trust on INCAP benefits, that motion is DENIED.

2. Plaintiff's motion for prejudgment interest and/or the application of a constructive trust on T&P benefits is DENIED. Further, plaintiff's motion for postjudgment interest on T&P benefits is DENIED.

3. Pursuant to 28 U.S.C. § 1916, Plaintiff's motion for postjudgment interest on INCAP benefits is DENIED, with leave to timely refile. Should plaintiff file a motion for postjudgment relief on INCAP benefits, he shall provide to the court the total payment received from defendants for INCAP benefits, along with the date on which

those benefits were received in 2002 and a breakdown of the amount of INCAP benefits paid from December 13, 2001 through the date of payment. Failure to provide the appropriate information shall result in the court denying the motion.

    4. Should further motions or briefing occur in this matter, the parties are warned that the court will not tolerate the type of briefing that has occurred previously and will disregard any statements, assertions or conclusions, particularly of facts, for which support is not included in the appendix of that future briefing. Citations to depositions shall require the entire deposition to be included in the appendix with page and line numbers referenced in the cite. Further, it is not the job of the court to wade through appendices that were submitted or filed with prior briefing to find such support.

DATE: December 11, 2006

UNITED STATES MAGISTRATE JUDGE