IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Orrin T. Skretvedt,<br>       Plaintiff,<br>v.<br>E. I. Du Pont de Nemours & Co., Inc., et.al.,<br>       Defendants. | )<br>)<br>)  C. A. No. 98-61(MPT)<br>)  **NOTICE OF APPEAL**<br>)<br>) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN, that Orrin T. Skretvedt, Plaintiff in the above-captioned matter, by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Third Circuit as to all Defendants from the Opinion and Order entered in this matter on December 11, 2006, Denying Plaintiff's claims for "interest" on delayed payments based on a calculation from the sequestering of profits made by both the Company as a commercial entity and the DuPont Pension Plan Trust as a fiduciary for funds held for present and future pension payments to include Incapability payments and Total and Permanent Disability Income Plan payments to which Plaintiff is entitled.

                                         JOHN M. STULL, ESQUIRE

                                         By: /s/ John M. Stull
                                         John M. Stull (#568)
                                         1300 N. Market Street, Ste 700
                                         P. O. Box 1947
                                         Wilmington, DE 19899
                                         (302) 654-0399
                                         Attorney for Plaintiff
                                         jstullesq@aol.com

Dated: January 5, 2007



FILED
JAN 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE