## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-1081

Skretvedt v. EI DuPont

To:  Clerk

1) Motion by Appellant to Amend Caption

---

The foregoing motion is granted. The caption will be amended to read as follows:

ORRIN T. SKRETVEDT,
        Appellant

v.

EI DUPONT DE NEMOURS & COMPANY INCORPORATED, Plan Administrator, a Delaware corporation; PENSION AND RETIREMENT PLAN; HOSPITAL AND MEDICAL-SURGICAL PLAN; DENTAL ASSISTANCE PLAN; NONCONTRIBUTORY GROUP LIFE INSURANCE PLAN; CONTRIBUTORY GROUP LIFE INSURANCE PLAN; TOTAL AND PERMANENT DISABILITY INCOME PLAN; SAVINGS AND INVESTMENT PLAN; TAX REFORM ACT STOCK OWNERSHIP PLAN; SHORT TERM DISABILITY PLAN

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: February 22, 2007
CMD/cc: John M. Stull, Esq.
      Donna L. Goodman, Esq.
      Raymond M. Ripple, Esq.



A True Copy:

Marcia M. Waldron, Clerk