UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 07-1081

ORRIN T. SKRETVEDT,

Appellant

v.

*EI DUPONT DE NEMOURS & COMPANY INCORPORATED, Plan Adminstrator,
a Delaware corporation; PENSION AND RETIREMENT PLAN;
HOSPITAL AND MEDICAL-SURGICAL PLAN; DENTAL ASSISTANCE
PLAN; NONCONTRIBUTORY GROUP LIFE INSURANCE PLAN;
CONTRIBUTORY GROUP LIFE INSURANCE PLAN; TOTAL AND PERMANENT
DISABILITY INCOME PLAN; SAVINGS AND INVESTMENT PLAN;
TAX REFORM ACT STOCK OWNERSHIP PLAN; SHORT TERM DISABILITY
PLAN

*(Amended Per Clerk's Order dated 2/22/07)

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action No. 98-cv-00061)
Magistrate Judge: Honorable Mary Pat Thynge

Submitted Under Third Circuit LAR 34.1(a)
December 14, 2007

Before: SLOVITER and AMBRO, <u>Circuit Judges</u>
POLLAK,[*] <u>District Judge</u>

**<u>JUDGMENT</u>**

---

[*]Honorable Louis H. Pollak, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

This cause came on to be heard on the record before the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a) on December 14, 2007.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated December 11, 2006, is hereby affirmed in part and reversed and remanded in part. Costs taxed against Appellants. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated: January 15, 2008

**Certified as a true copy and issued in lieu of a formal mandate on** 02/06/08

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**