## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORRIN T. SKRETVEDT, | : |
|               Plaintiff, | : |
| v. | :   Civil Action No. 98-61-MPT |
| E. I. DUPONT DE NEMOURS AND COMPANY, et al., | : |
|               Defendants. | : |

## **ORDER**

At Wilmington this **7th** day of **February, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, February 27, 2008 at 2:00 p.m.** with Judge Thynge to discuss the status of the case. **Counsel for DuPont shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE