IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORRIN T. SKRETVEDT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 98-61-MPT |
| | : |
| E. I. DUPONT DE NEMOURS AND COMPANY, et al., | : |
| | : |
| Defendants. | : |

## **JUDGMENT**

At Wilmington this **28th** day of **February, 2008.**

The matter having been remanded from the Third Circuit Court of Appeals pursuant to the Judgment of that court dated January 15, 2008 and certified on February 6, 2008 and consistent with the Opinion of that court dated January 15, 2008 which addressed on appeal the judgment of this court dated December 11, 2006,

IT IS ORDERED, ADJUDGED and DECREED that the judgment entered by this court dated December 11, 2006 is modified and prejudgment interest on plaintiff's incapability benefits is awarded to plaintiff in the total amount of $39,503.05.

IT IS FURTHER ORDERED as a result of the teleconference with counsel on February 27, 2008 as follows:

    1. Counsel shall attempt to resolve any further disputes in this matter, in particular, postjudgment interest on the above prejudgment interest and the issue of any allegedly outstanding attorney's fees.

        2. If counsel is unable to resolve the aforementioned disputes, the issues shall be briefed according to the following schedule: plaintiff's motion and opening brief with exhibits, if any, shall be due on April 1, 2008; defendants' answering brief with exhibits, if any, shall be due on April 18, 2008 and plaintiff's reply brief with exhibits, if any, shall be due on May 2, 2008.

        3. Counsel are reminded of the cautionary language contained in the Opinion of the Third Circuit dated January 15, 2008, including, but not limited to proper documentation in support of their arguments and pinpointed references to the cited materials within those documents. This court will not muddle through previously filed briefs or appendices to dig out such information. Further, when cases are cited, for the initial citation of a case a complete cite must be provided to enable the court to locate the case and page reference. If a case is not cited in appropriate references, such as the Federal Reporter, Federal Supplement or other like reporters, a copy must be included in the appendix.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE