IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORRIN T. SKRETVEDT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 98-61-MPT |
| | : |
| E. I. DUPONT DE NEMOURS AND COMPANY, et al., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **4th** day of **August, 2008.**

IT IS ORDERED that on or before **August 25, 2008,** counsel shall advise the Court as to the status of this matter, including negotiations, and why no briefing has been initiated.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE